JAMES LOCKHART, Appellant, *v.* BOARD OF EDUCATION OF
UNION FREE SCHOOL DISTRICT No. 13 OF THE TOWNS
OF PERINTON AND PITTSFORD, MONROE COUNTY, et al.,
Respondents.

LILLIAN LOCKHART, an Infant, by JAMES LOCKHART, Her
Guardian ad Litem, Appellant, *v.* BOARD OF EDUCATION
OF UNION FREE SCHOOL DISTRICT No. 13 OF THE
TOWNS OF PERINTON AND PITTSFORD, MONROE COUNTY,
et al., Respondents.

*Negligence — schools — injury to child in school room from defect in
furniture — complaint dismissed for lack of evidence that reasonable
inspection would have disclosed defect.*

*Lockhart* v. *Bd. of Ed. of Union Free School District* (2 cases), 214
App. Div. 753, affirmed.

(Argued October 19, 1926; decided November 16, 1926.)

APPEAL in each of the above-entitled actions from a
judgment of the Appellate Division of the Supreme Court
in the fourth judicial department, entered June 25, 1925,
affirming a judgment in favor of defendant entered upon
a dismissal of the complaint by the court at a Trial Term.
The first action was to recover for loss of services and
expense and the second for personal injuries received by
the infant plaintiff in a school room of the East Rochester
High School. As she attempted to sit down on a stool
provided for that purpose the head flew off and she
received the injuries complained of. The trial court
granted a motion for a nonsuit on the ground that there
was no evidence on which to base a finding that a reason-
able inspection would have disclosed that the stool was
out of repair.

*William MacFarlane* for appellants.
*George Y. Webster* for respondents.

Judgment in each case affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-
LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.